USCA1 Opinion

 

 December 18, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 92-1863 MILAGROS RODRIGUEZ LOPEZ, Plaintiff, Appellant, v. WARNER-LAMBERT COMPANY, Defendant, Appellee. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, Senior U.S. District Judge] __________________________ _________________________ Before Selya, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ Stahl, Circuit Judge. _____________ _________________________ Luis R. Mellado-Gonzalez and Mary Cele Rivera-Martinez on _________________________ __________________________ brief for appellant. Carl Schuster, with whom McConnell Valdes Kelley Sifre _____________ ________________________________ Griggs & Ruiz-Suria was on brief, for appellee. ___________________ _________________________ _________________________ Per Curiam. Having reviewed the record in this appeal, __________ we are fully satisfied (a) that the plaintiff did not establish the existence of in personam jurisdiction over the defendant- __ ________ appellee Warner-Lambert Company, and (b) that the district court did not impermissibly truncate plaintiff's opportunity for discovery anent jurisdictional facts. Hence, plaintiff's complaint against the appellee was properly dismissed for want of personal jurisdiction. That ends the matter. Affirmed. ________ 2